VIVIAN OSBORN, APPELLEE, V. VANCE L. OSBORN, APPELLANT.

435 N.W.2d 914

Filed February 24, 1989. No. 87-216.

Michael L. Bacon for appellant.

Nancy S. Freburg for appellee.

HASTINGS, C.J., CAPORALE, and GRANT, JJ., and BURKHARD and HANNON, D. JJ.

PER CURIAM.

The respondent-appellant husband, Vance L. Osborn, assigns as error the district court's failure to modify the alimony payments previously awarded the petitioner-appellee wife, Vivian Osborn.

We, as we are required, have reviewed the trial court's action de novo on the record; we determine therefrom that the trial court did not abuse its discretion in denying the husband's application. Accordingly, the action of the trial court is affirmed.

AFFIRMED.